## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50160 | **DATE** | 8/5/2008 |
| **CASE TITLE** | Collins v. American Red Cross | | |

**DOCKET ENTRY TEXT:**

Plaintiff to personally appear on pending in forma pauperis application and motion for appointment of counsel at 9:00 a.m. on August 22, 2008. Failure to appear may result in denial of the application/motion and dismissal of the case.

Docketing to mail notices.

| | Courtroom Deputy | sw |
|---|---|---|