# SUPPLIMENTAL COVER SHEET FOR INCOME CHANGES

**CASE #08C50160**
**JUDGE KAPALA**

**FILED**
AUG 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MS. TOY A. COLLINS
P.O. BOX 1031
ROCKFORD, IL 61105

PLEASE FIND COPY OF INCOME VERIFICATION

August 19, 2008

08C50160
Judge Kapala

Dear Judge Kapala:

I will be standing before you on Friday, August 22, 2008 at 9am.

I would like to include these documents as part of my income.

Originally when I filed as a pauper I showed less income.

I do not know at this time what my unemployment will be each week. It is changing and no one can tell me why at this time.

I have provided the inconsistent report that was given to me on Monday, 8/18/08.

I had previously received a claim denial.

I just want to provide you with what IDES provided me.

All in all please allow me to continue the hearing as a pauper.

Thank You,


Respectfully,


Toy Collins

```
REPORT NO.: RBI05020                    STATE OF ILLINOIS-DEPARTMENT OF LABOR                              PAGE   1
LOCAL OFFICE 25                         BUREAU OF EMPLOYMENT SECURITY                   PROCESSING DATE 08/18/2008
TIME REQUESTED 16:34:                         PAYMENT DETAIL HISTORY
CLAIMANT ID: 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 5      CLAIMANT NAME: TOY          M COLLINS          CLAIMANT ADDRESS: 4732 LANDAU PL
                                                                                                 ROCKFORD          , IL 61114

PAY  WEEK-END     MAIN  SUB           DEP      TOTAL   NET     INCOME INCOME RETIRE RECOUP UNAVIL MISC    CHILD
WK   DATE         PROG  PROG   WBA    AMOUNT   DEDUCT  BENEFIT RECVD  DEDUCT AMOUNT AMOUNT DAYS   AMOUNT  SPPORT
---  --------     ----  ----   ---    ------   ------  ------- ------ ------ ------ ------ ------ ------  ------
 1   07/12/2008   A     C      367.00 132.00   0.00    499.00  0.00   0.00   0.00   0.00   0.00   0.00    0.00
PAY NUMBER 200820603610        PAY DATE 07/25/2008  PAY AMOUNT 434.00     FEDERAL TAX WITHHELD  50.00  STATE TAX WITHHELD  15.00

 1   07/26/2008   A     A      276.00 107.00   0.00    383.00  0.00   0.00   0.00   0.00   0.00   0.00    0.00
PAY NUMBER 200821912191        PAY DATE 08/07/2008  PAY AMOUNT 334.00     FEDERAL TAX WITHHELD  38.00  STATE TAX WITHHELD  11.00

 1   08/02/2008   A     A      276.00 107.00   0.00    383.00  0.00   0.00   0.00   0.00   0.00   0.00    0.00
 2   08/09/2008   A     A      276.00 107.00   0.00    383.00  0.00   0.00   0.00   0.00   0.00   0.00    0.00
PAY NUMBER 200822509249        PAY DATE 08/12/2008  PAY AMOUNT 666.00     FEDERAL TAX WITHHELD  77.00  STATE TAX WITHHELD  23.00

                     TOTALS  1195.00  453.00   0.00   1648.00

*END OF REPORT RBI05020 TIME REQUESTED: 16:34: *
```