## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50160 | **DATE** | 8/22/2008 |
| **CASE TITLE** | Collins vs. American Red Cross | | |

**DOCKET ENTRY TEXT:**

Hearing held. Plaintiff's application to proceed in forma pauperis is granted in part. Plaintiff shall only be required to pay $200 of the $350 filing fee in this case. Plaintiff shall pay the $200 by September 12, 2008 or this case will be dismissed without prejudice. Plaintiff's motion for appointment of counsel is denied.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | sw |
|---|---|---|

Case 3:08-cv-50160 Document 8 Filed 08/22/2008 Page 1 of 1

08C50160 Collins vs. American Red Cross Page 1 of 1